# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WINTERSPRING DIGITAL LLC, | § § § | |
| Plaintiff, | § § § | Case No. 2:23-cv-00024-JRG-RSP |
| v. | § § § | |
| MARVELL INTERNATIONAL LTD. and MARVELL TECHNOLOGY GROUP LTD. | § § § § | |
| Defendants. | § § § | |

## JOINT MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Winterspring Digital LLC ("Plaintiff") and Defendants Marvell International Ltd. and Marvell Technology Group Ltd. (collectively, "Defendants") (the "Parties"), represented by their attorneys, hereby stipulate and agree to as follows:

The Parties have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendants by Plaintiff are dismissed with prejudice; and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated:  May 9, 2023                          Respectfully submitted,

                                              /s/ *Vincent J. Rubino, III*
                                             Alfred R. Fabricant
                                             NY Bar No. 2219392
                                             Email: ffabricant@fabricantllp.com
                                             Peter Lambrianakos
                                             NY Bar No. 2894392

Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR PLAINTIFF*
*WINTERSPRING DIGITAL LLC*

*/s/ Harper S. Batts (with permission)*
Harper S. Batts
CA Bar No. 242603
Email: hbatts@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

*ATTORNEY FOR DEFENDANTS*
*MARVELL INTERNATIONAL LTD. and*
*MARVELL TECHNOLOGY GROUP LTD.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 9, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino